Kevin C. Barrett, State Bar No. 020104
Jennifer M. Bahling, State Bar No. 013260
**Barrett & Matura, P.C.**
8925 East Pima Center Parkway, Suite 215
Scottsdale, Arizona  85258
Telephone:  (602) 792-5705
Facsimile:  (602) 792-5710
kbarrett@barrettmatura.com
jbahling@barrettmatura.com
*Attorneys for Defendant*
*Auto-Owners Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mary K. Bohm, in her sole and separate right,<br><br>Plaintiff,<br><br>vs.<br><br>Auto-Owners Insurance Company, a State of Missouri corporation doing business in the State of Arizona; Crest Insurance Group LLC, a State of Delaware corporation doing business in the State of Arizona; ABC Partnerships I-X; XYZ Corporations I-X; John Does I-X and Jane Does I-X,<br><br>Defendants. | Case No. 4:22-cv-00042-JGZ<br><br>**NOTICE OF SETTLEMENT** |

Defendant Auto-Owners Insurance Company hereby notifies the Court that the parties have settled all claims in this matter.  The parties anticipate filing a Joint Stipulation to Dismiss and a proposed Order within the next 30 days upon finalizing a written settlement agreement.

/ / /

/ / /

/ / /

Dated on August 1, 2022.

BARRETT & MATURA, P.C.

By /s/ *Kevin C. Barrett*
Kevin C. Barrett
Jennifer M. Bahling
8925 East Pima Center Parkway
Suite 215
Scottsdale, Arizona 85258
*Attorneys for Defendant Auto-Owners Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of Notice of Electronic filing to the following CM/ECF registrants, and causing a copy to be mailed to all non-ECF registrants:

Boone L. Cragun
GOLDBERG & OSBORNE, LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ  85705
bcragun@goldbergandosborne.com
*Attorneys for Plaintiff*


/s/ *Holly A. McGee*
Holly A. McGee

2