IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary K Bohm,<br><br>    Plaintiff,<br><br>v.<br><br>Auto-Owners Insurance Company, et al.,<br><br>    Defendants. | No. CV-22-00042-TUC-JGZ<br><br>**ORDER** |

In light of Plaintiffs' Notice of Settlement (Doc. 31),

**IT IS ORDERED** that the parties must file a stipulation and form of order for dismissal on or before **September 1, 2022**.

Dated this 3rd day of August, 2022.

Honorable Jennifer G. Zipps
United States District Judge